# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: VANCE, ROBERT SHANE<br>VANCE, KIMBERLY ANN<br><br>Debtors | § Case No. 09-70764<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 04, 2009. The undersigned trustee was appointed on March 04, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     5,200.24

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $ 5,200.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6. The deadline for filing claims in this case was 07/14/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,270.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,270.02, for a total compensation of $1,270.02. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2009          By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-70764
Case Name: VANCE, ROBERT SHANE
            VANCE, KIMBERLY ANN
Period Ending: 07/20/09

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 03/04/09 (f)
§341(a) Meeting Date: 04/08/09
Claims Bar Date: 07/14/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3910 Carlisle Drive, Prairie Grove, IL | 1,055,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking/savings account - American Community | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | CD's | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Glock 9mm | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life insurance - Northwestern Mutual | 4,600.00 | 0.00 | DA | 0.00 | FA |
| 9 | 50% stock ownership - SIC Sales & Marketing | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 Cadillac Escalade EXT Sport Utility Pickup | 32,950.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Land Rover Range Rover | 32,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Fax machine | 30.00 | 0.00 | DA | 0.00 | FA |
| 13 | Cedar Gazebo | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Recover proceeds from sale of property (u) | 10,500.00 | 5,200.00 | | 5,200.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.24 | FA |
| 15 | Assets Totals (Excluding unknown values) | $1,141,280.00 | $5,200.00 | | $5,200.24 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):  January 31, 2010        Current Projected Date Of Final Report (TFR):  July 20, 2009 (Actual)

Printed: 07/20/2009 11:44 AM    V.11.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-70764 | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | VANCE, ROBERT SHANE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANCE, KIMBERLY ANN | Account: | ***-*****98-65 - Money Market Account |
| Taxpayer ID #: | 54-6838929 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/20/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/18/09 | {14} | Shane Vance & Kim Vance | Payment for sale of post-petition assets | 1210-000 | 500.00 | | 500.00 |
| 06/15/09 | {14} | Shane and Kimberly Vance | Proceeds from sale of property | 1210-000 | 4,700.00 | | 5,200.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 5,200.11 |
| 07/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Transfer funds from MMA to checking account | 1270-000 | 0.13 | | 5,200.24 |
| 07/20/09 | | To Account #********9866 | Transfer funds from MMA to checking account | 9999-000 | | ! 5,200.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,200.24 | 5,200.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,200.24 | |
| | | | **Subtotal** | | 5,200.24 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,200.24** | **$0.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 07/20/2009 11:44 AM    V.11.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-70764 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | VANCE, ROBERT SHANE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANCE, KIMBERLY ANN | | Account: | ***-*****98-66 - Checking Account |
| Taxpayer ID #: | 54-6838929 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/20/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/20/09 | | From Account #********9865 | Transfer funds from MMA to checking account | 9999-000 | ! 5,200.24 | | 5,200.24 |
| | | | ACCOUNT TOTALS | | 5,200.24 | 0.00 | $5,200.24 |
| | | | Less: Bank Transfers | | 5,200.24 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
| | MMA # ***-*****98-65 | 5,200.24 | 0.00 | 0.00 |
| | Checking # ***-*****98-66 | 0.00 | 0.00 | 5,200.24 |
| | | $5,200.24 | $0.00 | $5,200.24 |

## Claims Proposed Distribution

### Case:  09-70764   VANCE, ROBERT SHANE

| Case Balance: | $5,200.24 | Total Proposed Payment: | $5,200.24 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9 | JP Morgan Chase Bank, N.A. | Secured | 47,753.69 | 0.00 | 0.00 | 0.00 | 0.00 | 5,200.24 |
| | Stephen G. Balsley <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,270.02 | 1,270.02 | 0.00 | 1,270.02 | 1,270.02 | 3,930.22 |
| | Stephen G. Balsley <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,475.00 | 1,475.00 | 0.00 | 1,475.00 | 1,475.00 | 2,455.22 |
| 1 | Target National Bank | Unsecured | 265.91 | 265.91 | 0.00 | 265.91 | 5.56 | 2,449.66 |
| 2 | Target National Bank | Unsecured | 210.55 | 210.55 | 0.00 | 210.55 | 4.40 | 2,445.26 |
| 3 | Chase Bank USA | Unsecured | 5,880.02 | 5,880.02 | 0.00 | 5,880.02 | 122.92 | 2,322.34 |
| 4 | PYOD, LLC/Citibank | Unsecured | 62,739.06 | 62,739.06 | 0.00 | 62,739.06 | 1,311.57 | 1,010.77 |
| 5 | PYOD, LLC/Citibank | Unsecured | 22,552.78 | 22,552.78 | 0.00 | 22,552.78 | 471.47 | 539.30 |
| 6 | Beneficial Illinois, Inc. | Unsecured | 4,370.64 | 4,370.64 | 0.00 | 4,370.64 | 91.37 | 447.93 |
| 7 | HSBC Bank Nevada, N.A. | Unsecured | 725.33 | 725.33 | 0.00 | 725.33 | 15.16 | 432.77 |
| 8 | HSBC Bank Nevada, N.A. | Unsecured | 396.99 | 396.99 | 0.00 | 396.99 | 8.30 | 424.47 |
| 10 | Roundup Funding, LLC | Unsecured | 210.90 | 210.90 | 0.00 | 210.90 | 4.41 | 420.06 |
| 11 | American Express Bank FSB | Unsecured | 656.16 | 656.16 | 0.00 | 656.16 | 13.72 | 406.34 |
| 12 | Premier Bankcard/Charter | Unsecured | 417.05 | 417.05 | 0.00 | 417.05 | 8.72 | 397.62 |
| 13 | Premier Bankcard/Charter | Unsecured | 454.82 | 454.82 | 0.00 | 454.82 | 9.51 | 388.11 |
| 14 | FIA Card Services, N.A./Bank of America/MBNA Bank | Unsecured | 17,680.04 | 17,680.04 | 0.00 | 17,680.04 | 369.60 | 18.51 |
| 15 | GE Money Bank d/b/a Men's Wearhouse | Unsecured | 189.31 | 189.31 | 0.00 | 189.31 | 3.96 | 14.55 |
| 16 | GE Money Bank d/b/a American Eagle | Unsecured | 182.33 | 182.33 | 0.00 | 182.33 | 3.81 | 10.74 |
| 17 | GE Money Bank, d/b/a GAP | Unsecured | 513.95 | 513.95 | 0.00 | 513.95 | 10.74 | 0.00 |
| | Total for Case 09-70764 : | | $167,944.55 | $120,190.86 | $0.00 | $120,190.86 | $5,200.24 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,745.02 | $2,745.02 | $0.00 | $2,745.02 | 100.000000% |
| Total Secured Claims : | $47,753.69 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $117,445.84 | $117,445.84 | $0.00 | $2,455.22 | 2.090513% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70764
Case Name: VANCE, ROBERT SHANE
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*              *Proposed Payment*
         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. Balsley | $ 1,270.02 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 1,475.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,445.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Target National Bank | $ 265.91 | $ 5.56 |
| 2 | Target National Bank | $ 210.55 | $ 4.40 |
| 3 | Chase Bank USA | $ 5,880.02 | $ 122.92 |
| 4 | PYOD, LLC/Citibank | $ 62,739.06 | $ 1,311.57 |
| 5 | PYOD, LLC/Citibank | $ 22,552.78 | $ 471.47 |
| 6 | Beneficial Illinois, Inc. | $ 4,370.64 | $ 91.37 |
| 7 | HSBC Bank Nevada, N.A. | $ 725.33 | $ 15.16 |
| 8 | HSBC Bank Nevada, N.A. | $ 396.99 | $ 8.30 |
| 10 | Roundup Funding, LLC | $ 210.90 | $ 4.41 |
| 11 | American Express Bank FSB | $ 656.16 | $ 13.72 |
| 12 | Premier Bankcard/Charter | $ 417.05 | $ 8.72 |
| 13 | Premier Bankcard/Charter | $ 454.82 | $ 9.51 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 14 | FIA Card Services, N.A./Bank of America/MBNA Bank | $ 17,680.04 | $ 369.60 |
| 15 | GE Money Bank d/b/a Men's Wearhouse | $ 189.31 | $ 3.96 |
| 16 | GE Money Bank d/b/a American Eagle | $ 182.33 | $ 3.81 |
| 17 | GE Money Bank, d/b/a GAP | $ 513.95 | $ 10.74 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                               N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                               N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**