UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: VANCE, ROBERT SHANE | § | Case No. 09-70764 |
| VANCE, KIMBERLY ANN | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/16/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  08/26/2009              By:  /s/STEPHEN G. BALSLEY
                                                                                             Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: VANCE, ROBERT SHANE § Case No. 09-70764
VANCE, KIMBERLY ANN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $     5,200.24

*and approved disbursements of*       $     0.00

*leaving a balance on hand of* [1]       $     5,200.24

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. Balsley | $ 1,270.02 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 1,475.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,445.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1  | Target National Bank | $ 265.91 | $ 5.56 |
| 2  | Target National Bank | $ 210.55 | $ 4.40 |
| 3  | Chase Bank USA | $ 5,880.02 | $ 122.92 |
| 4  | PYOD, LLC/Citibank | $ 62,739.06 | $ 1,311.57 |
| 5  | PYOD, LLC/Citibank | $ 22,552.78 | $ 471.47 |
| 6  | Beneficial Illinois, Inc. | $ 4,370.64 | $ 91.37 |
| 7  | HSBC Bank Nevada, N.A. | $ 725.33 | $ 15.16 |
| 8  | HSBC Bank Nevada, N.A. | $ 396.99 | $ 8.30 |
| 10 | Roundup Funding, LLC | $ 210.90 | $ 4.41 |
| 11 | American Express Bank FSB | $ 656.16 | $ 13.72 |
| 12 | Premier Bankcard/Charter | $ 417.05 | $ 8.72 |
| 13 | Premier Bankcard/Charter | $ 454.82 | $ 9.51 |
| 14 | FIA Card Services, N.A./Bank of America/MBNA Bank | $ 17,680.04 | $ 369.60 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 15 | GE Money Bank d/b/a Men's Wearhouse | $ 189.31 | $ 3.96 |
| 16 | GE Money Bank d/b/a American Eagle | $ 182.33 | $ 3.81 |
| 17 | GE Money Bank, d/b/a GAP | $ 513.95 | $ 10.74 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                                        Allowed Amt. of Claim     Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                                        Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/STEPHEN G. BALSLEY
                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 2                   Date Rcvd: Aug 28, 2009
Case: 09-70764                 Form ID: pdf006              Total Noticed: 45


The following entities were noticed by first class mail on Aug 30, 2009.
db/jdb        +Robert Shane Vance,    Kimberly Ann Vance,    510 Cambridge Dr,    Fairview, TX 75069-4177
aty           +Patrick J Hart,    Patrick J Hart Attorney at Law,    728 Florsheim Drive,
                Libertyville, IL 60048-5273
tr            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
13604306       Advocate Good Shepherd Hospital,    P. O. Box 70014,    Chicago, IL 60673-0014
13604307       American Express,    Credit Department,    P. O. Box 297879,    Fort Lauderdale, FL 33329-7879
13971150       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13604308       Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
13604309       Barclay Card,    Attn: Card Services,    P. O. Box 8802,    Wilmington, DE 19899-8802
13604310       Beneficial,    6300A Northwest Hwy,    Crystal Lake, IL 60014
13604312       CHASE,    Cardmember Services,    P. O. Box 15298,    Wilmington, DE 19850-5298
13833709      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14350216       CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
13604311       Capital One,    Attn: Customer Service,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
13604314       Citi Cards,    Attn: Customer Service,    P. O. Box 6000,    The Lakes, NV 89163-6000
13604315       CitiFinancial Retail Services,    P. O. Box 22060,    Tempe, AZ 85285-2060
14075369       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
13604316       First Premier Bank,    Attn: Cardmember Services,    P. O. Box 5524,    Sioux Falls, SD 57117-5524
13604318       HSBC,    Cardmember Service Center,    P. O. Box 5251,    Carol Stream, IL 60197-5251
13604319       HSBC Card Services,    P. O. Box 80084,    Salinas, CA 93912-0084
13908236      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  IL Dept of Revenue,     BK Section Level - 7-425,    100 W. Randolph St,
                Chicago, IL 60606)
13940864      +JP Morgan Chase Bank, NA/Bank One,    PO BOX 901032,    Ft. Worth, TX 76101-2032
13604320       Mastercard / Reward Zone Program,    Attn: Customer Service,    P. O. Box 80045,
                Salinas, CA 93912-0045
13604321      +Michael Fox MD,    8135 N Milwaukee Ave,    Niles, IL 60714-2828
13869107      +PRA Receivables Management, LLC as agent for,    Beneficial Illinois Inc.,    PO Box 12907,
                Norfolk VA 23541-0907
13887924      +PRA Receivables Management, LLC as agent for,    HSBC Bank Nevada, N.A.,    PO Box 12907,
                Norfolk VA 23541-0907
13834950      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13604322      +Pierce & Associates, PC,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4331
14370639      +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14051416      +Premier Bankcard/Charter,    PO BOX 2208,    Vacaville CA 95696-8208
13814445      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13604325      +TRS Recovery,    5251 Westheimer,    Houston, TX 77056-5412
13604323       Target National Bank,    c/o Target Credit Services,    P. O. Box 1581,
                Minneapolis, MN 55440-1581
13604324       Tribute Mastercard,    P.O. Box 105555,    Atlanta, GA 30348-5555
13604326       Victoria Secret,    P.O Box 659728,    San Antonio, TX 78265-9728
13604327      +Viewpoint Bank,    P. O. Box 869105,    Plano, TX 75086-9105
13604330       WFNNB,    Bankruptcy Department,    P. O. Box 182125,    Columbus, OH 43218-2125
13604328       Wells Fargo Bank, N.A.,    P. O. Box 4233,    Portland, OR 97208-4233
13604329      +Wells Fargo Home Mortgage,    Attn: Corresp. Resolutions (Bankruptcy),    P. O. Box 10335,
                Des Moines, IA 50306-0335

The following entities were noticed by electronic transmission on Aug 29, 2009.
13604313       Fax: 602-221-4614 Aug 29 2009 00:33:43      Chase Auto Finance,    P.O. Box 9001083,
                Louisville, KY 40290-1083
13604317      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2009 00:14:53      GE Money Bank,
                Attn: Bankruptcy Dept.,    P. O. Box 103104,    Roswell, GA 30076-9104
13908237      +E-mail/Text: bankrup@nicor.com                            Nicor,    POB 549,    Aurora, IL 60507-0549
14147434      +E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2009 00:14:55
                Recovery Management Systems Corporation,    For GE Money Bank,    dba AMERICAN EAGLE,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14147433      +E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2009 00:14:55
                Recovery Management Systems Corporation,    For GE Money Bank,    dba MENS WEARHOUSE,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14147435      +E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2009 00:14:57
                Recovery Management Systems Corporation,    For GE Money Bank,    dba GAP,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13964155       E-mail/PDF: BNCEmails@blinellc.com Aug 29 2009 04:11:14      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
14370647*     +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3            User: cshabez              Page 2 of 2              Date Rcvd: Aug 28, 2009
Case: 09-70764                  Form ID: pdf006            Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2009**              **Signature:**       /s/ Joseph Speetjens