# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: VANCE, ROBERT SHANE | § | Case No. 09-70764 |
| VANCE, KIMBERLY ANN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,130,780.00 | Assets Exempt: $38,981.00 |
| Total Distribution to Claimants: $2,455.22 | Claims Discharged Without Payment: $173,584.62 |
| Total Expenses of Administration: $2,745.02 | |

3) Total gross receipts of $ 5,200.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,200.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $1,100,184.00 | $47,753.69 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,745.02 | 2,745.02 | 2,745.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 2,316.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 58,594.00 | 117,445.84 | 117,445.84 | 2,455.22 |
| TOTAL DISBURSEMENTS | $1,161,094.00 | $167,944.55 | $120,190.86 | $5,200.24 |

4) This case was originally filed under Chapter 7 on March 04, 2009. . The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2009     By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Recover proceeds from sale of property | 1210-000 | 5,200.00 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$5,200.24** ✓ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JP Morgan Chase Bank, N.A. | 4210-000 | N/A | 47,753.69 | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | 4110-000 | 818,849.00 | N/A | N/A | 0.00 |
| Wells Fargo Bank, N.A. | 4110-000 | 207,800.00 | N/A | N/A | 0.00 |
| Chase Auto Finance | 4210-000 | 73,535.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$1,100,184.00** | **$47,753.69** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 1,270.02 | 1,270.02 | 1,270.02 |
| Stephen G. Balsley | 3110-000 | N/A | 1,475.00 | 1,475.00 | 1,475.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,745.02 | 2,745.02 | 2,745.02 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | 2,316.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 2,316.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Target National Bank | 7100-000 | N/A | 265.91 | 265.91 | 5.56 |
| Target National Bank | 7100-000 | N/A | 210.55 | 210.55 | 4.40 |
| Chase Bank USA | 7100-000 | N/A | 5,880.02 | 5,880.02 | 122.92 |
| PYOD, LLC/Citibank | 7100-000 | N/A | 62,739.06 | 62,739.06 | 1,311.57 |

UST Form 101-7-TDR (9/1/2009)

| Creditor | Code | | | | |
|---|---|---|---|---|---|
| PYOD, LLC/Citibank | 7100-000 | N/A | 22,552.78 | 22,552.78 | 471.47 |
| Beneficial Illinois, Inc. | 7100-000 | N/A | 4,370.64 | 4,370.64 | 91.37 |
| HSBC Bank Nevada, N.A. | 7100-000 | N/A | 725.33 | 725.33 | 15.16 |
| HSBC Bank Nevada, N.A. | 7100-000 | N/A | 396.99 | 396.99 | 8.30 |
| Roundup Funding, LLC | 7100-000 | N/A | 210.90 | 210.90 | 4.41 |
| American Express Bank FSB | 7100-000 | N/A | 656.16 | 656.16 | 13.72 |
| Premier Bankcard/Charter | 7100-000 | N/A | 417.05 | 417.05 | 8.72 |
| Premier Bankcard/Charter | 7100-000 | N/A | 454.82 | 454.82 | 9.51 |
| FIA Card Services, N.A./Bank of America/MBNA Bank | 7100-000 | N/A | 17,680.04 | 17,680.04 | 369.60 |
| GE Money Bank d/b/a Men's Wearhouse | 7100-000 | N/A | 189.31 | 189.31 | 3.96 |
| GE Money Bank d/b/a American Eagle | 7100-000 | N/A | 182.33 | 182.33 | 3.81 |
| GE Money Bank, d/b/a GAP | 7100-000 | N/A | 513.95 | 513.95 | 10.74 |
| Capital One | 7100-000 | 804.00 | N/A | N/A | 0.00 |
| Advocate Good Shepherd Hospital | 7100-000 | 1,278.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 1,155.00 | N/A | N/A | 0.00 |
| Barclay Card | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 677.00 | N/A | N/A | 0.00 |
| Michael Fox, MD | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| WFNNB | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| Nicor | 7100-000 | 1,449.00 | N/A | N/A | 0.00 |
| Viewpoint Bank | 7100-000 | 35,467.00 | N/A | N/A | 0.00 |
| Victoria Secret | 7100-000 | 211.00 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| Tribute Mastercard | 7100-000 | 340.00 | N/A | N/A | 0.00 |
| CitiFinancial Retail Services | 7100-000 | 16,420.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 58,594.00 | 117,445.84 | 117,445.84 | 2,455.22 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-70764 | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | VANCE, ROBERT SHANE | Filed (f) or Converted (c): | 03/04/09 (f) |
| | VANCE, KIMBERLY ANN | §341(a) Meeting Date: | 04/08/09 |
| Period Ending: | 11/11/09 | Claims Bar Date: | 07/14/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 3910 Carlisle Drive, Prairie Grove, IL | 1,055,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking/savings account - American Community | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | CD's | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Glock 9mm | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life insurance - Northwestern Mutual | 4,600.00 | 0.00 | DA | 0.00 | FA |
| 9 | 50% stock ownership - SIC Sales & Marketing | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 Cadillac Escalade EXT Sport Utility Pickup | 32,950.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Land Rover Range Rover | 32,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Fax machine | 30.00 | 0.00 | DA | 0.00 | FA |
| 13 | Cedar Gazebo | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Recover proceeds from sale of property (u) | 10,500.00 | 5,200.00 | | 5,200.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.24 | FA |
| 15 | Assets    Totals (Excluding unknown values) | $1,141,280.00 | $5,200.00 | | $5,200.24 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):   January 31, 2010        Current Projected Date Of Final Report (TFR):   July 20, 2009 (Actual)

Printed: 11/11/2009 02:56 PM    V.11.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-70764 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | VANCE, ROBERT SHANE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANCE, KIMBERLY ANN | | Account: | \*\*\*-\*\*\*\*\*98-65 - Money Market Account |
| Taxpayer ID #: | 54-6838929 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/11/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/18/09 | {14} | Shane Vance & Kim Vance | Payment for sale of post-petition assets | 1210-000 | 500.00 | | 500.00 |
| 06/15/09 | {14} | Shane and Kimberly Vance | Proceeds from sale of property | 1210-000 | 4,700.00 | | 5,200.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 5,200.11 |
| 07/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Transfer funds from MMA to checking account | 1270-000 | 0.13 | | 5,200.24 |
| 07/20/09 | | To Account #\*\*\*\*\*\*\*9866 | Transfer funds from MMA to checking account | 9999-000 | | 5,200.24 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 5,200.24 | 5,200.24 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,200.24 | |
| Subtotal | 5,200.24 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,200.24 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-70764 | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | VANCE, ROBERT SHANE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANCE, KIMBERLY ANN | Account: | \*\*\*-\*\*\*\*\*98-66 - Checking Account |
| Taxpayer ID #: | 54-6838929 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/11/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/20/09 | | From Account #\*\*\*\*\*\*\*9865 | Transfer funds from MMA to checking account | 9999-000 | 5,200.24 | | 5,200.24 |
| 09/16/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $1,270.02, Trustee Compensation; Reference: | 2100-000 | | 1,270.02 | 3,930.22 |
| 09/16/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $1,475.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,475.00 | 2,455.22 |
| 09/16/09 | 103 | Target National Bank | Dividend paid 2.09% on $265.91; Claim# 1; Filed: $265.91; Reference: XXXXXXXXXX6490 | 7100-000 | | 5.56 | 2,449.66 |
| 09/16/09 | 104 | Chase Bank USA | Dividend paid 2.09% on $5,880.02; Claim# 3; Filed: $5,880.02; Reference: XXXXXXXXXXXX1174 | 7100-000 | | 122.92 | 2,326.74 |
| 09/16/09 | 105 | PYOD, LLC/Citibank | Dividend paid 2.09% on $62,739.06; Claim# 4; Filed: $62,739.06; Reference: 3854 | 7100-000 | | 1,311.57 | 1,015.17 |
| 09/16/09 | 106 | PYOD, LLC/Citibank | Dividend paid 2.09% on $22,552.78; Claim# 5; Filed: $22,552.78; Reference: 0344 | 7100-000 | | 471.47 | 543.70 |
| 09/16/09 | 107 | Beneficial Illinois, Inc. | Dividend paid 2.09% on $4,370.64; Claim# 6; Filed: $4,370.64; Reference: 6256 | 7100-000 | | 91.37 | 452.33 |
| 09/16/09 | 108 | HSBC Bank Nevada, N.A. | Dividend paid 2.09% on $725.33; Claim# 7; Filed: $725.33; Reference: 0367 | 7100-000 | | 15.16 | 437.17 |
| 09/16/09 | 109 | HSBC Bank Nevada, N.A. | Dividend paid 2.09% on $396.99; Claim# 8; Filed: $396.99; Reference: 9447 | 7100-000 | | 8.30 | 428.87 |
| 09/16/09 | 110 | American Express Bank FSB | Dividend paid 2.09% on $656.16; Claim# 11; Filed: $656.16; Reference: \*\*\*\*\*\*\*\*\*\*\*109 | 7100-000 | | 13.72 | 415.15 |
| 09/16/09 | 111 | Premier Bankcard/Charter | Dividend paid 2.09% on $417.05; Claim# 12; Filed: $417.05; Reference: 0595 | 7100-000 | | 8.72 | 406.43 |
| 09/16/09 | 112 | Premier Bankcard/Charter | Dividend paid 2.09% on $454.82; Claim# 13; Filed: $454.82; Reference: 1205 | 7100-000 | | 9.51 | 396.92 |
| 09/16/09 | 113 | FIA Card Services, N.A./Bank of America/MBNA Bank | Dividend paid 2.09% on $17,680.04; Claim# 14; Filed: $17,680.04; Reference: 5106 | 7100-000 | | 369.60 | 27.32 |
| 09/16/09 | 114 | GE Money Bank, d/b/a GAP | Dividend paid 2.09% on $513.95; Claim# 17; Filed: $513.95; Reference: 8979 | 7100-000 | | 10.74 | 16.58 |
| 09/16/09 | 115 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 16.58 | 0.00 |
| | | | Dividend paid 2.09% on $210.55; Claim# 2; Filed: $210.55; Reference: XXXXXXXXXX7590 | 7100-000 | | 4.40 | 0.00 |
| | | | Dividend paid 2.09% on $210.90; Claim# 10; Filed: $210.90; | 7100-000 | | 4.41 | 0.00 |

Subtotals: $5,200.24 $5,200.24

{} Asset reference(s)

Printed: 11/11/2009 02:56 PM V.11.50

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case Number: 09-70764 | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: VANCE, ROBERT SHANE | Bank Name: JPMORGAN CHASE BANK, N.A. |
| VANCE, KIMBERLY ANN | Account: ***-*****98-66 - Checking Account |
| Taxpayer ID #: 54-6838929 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 11/11/09 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: XXXXXX2760 | | | | |
| | | | Dividend paid 2.09% on $189.31; Claim# 15; Filed: $189.31; Reference: 1634 | 7100-000 | | 3.96 | 0.00 |
| | | | Dividend paid 2.09% on $182.33; Claim# 16; Filed: $182.33; Reference: 3571 | 7100-000 | | 3.81 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 5,200.24 | 5,200.24 | $0.00 |
| Less: Bank Transfers | 5,200.24 | 0.00 | |
| Subtotal | 0.00 | 5,200.24 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $5,200.24 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****98-65 | 5,200.24 | 0.00 | 0.00 |
| Checking # ***-*****98-66 | 0.00 | 5,200.24 | 0.00 |
| | $5,200.24 | $5,200.24 | $0.00 |



JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2009 through October 30, 2009

**CUSTOMER SERVICE INFORMATION**

Service Center:

00018216 DBI 802 24 30609 - NNNNN  1 000000000 60 0000
09-70764 VANCE ROBERT SHANE
VANCE KIMBERLY ANN DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CHECKING SUMMARY    Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $133.06 |
| Checks Paid | 5 | - 133.06 |
| Ending Balance | 5 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 107 | 10/05 | $91.37 |
| 108 | 10/05 | 15.16 |
| 109 | 10/05 | 8.30 |
| 111 * | 10/23 | 8.72 |
| 112 | 10/23 | 9.51 |
| **Total Checks Paid** |  | **$133.06** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/05 | $18.23 |
| 10/23 | 0.00 |

11/10/09

Page 1 of 4